W. MARTIN NEWMAN, SBN 119365
Office of The Attorney General
Labor and Industries Division
PO Box 2317
Tacoma, WA  98402-2317
Telephone:  (253) 593-6165
Facsimile:  (253) 593-2449
E-Mail:  martyn@atg.wa.gov

Attorney for Plaintiff
Washington State Department
of Labor and Industries

JEAN SCHAEFER, SBN 179180
Law Offices of Jean Schaefer
1337 Howe Avenue, Suite 106
Sacramento CA  95825

Attorney for Defendant
Robert Duncan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF LABOR AND INDUSTRIES Olympia, Washington 98504<br><br>IN THE MATTER OF THE ASSESSMENT OF TAXES, OVERPAYMENTS, THIRD PARTY LIEN, FEES, AND/OR PENALTIES AGAINST:<br><br>ROBERT W DUNCAN<br>PO BOX 4111<br>CITRUS HEIGHTS, CVA  95611-4111 | Case No.:  2:10-cv-03013-FCD-EFB<br><br>STIPULATION AND ORDER SETTING DATE TO RESPOND TO COMPLAINT |

```
Customer #:  42018
Claim Number   X83438
SSN:     XXX-XX-8185
```

Plaintiff Department of Labor and Industries through its counsel of record, and Defendant Robert W. Duncan, through his counsel of record, hereby stipulate and agree that the Department of Labor and Industries Answer to the Complaint will be filed on or before January 14, 2011.

Respectfully submitted,

ROBERT M. MCKENNA
Attorney General

Dated:  December 22, 2010

By: */s/ Martin W. Newman*
W. MARTIN NEWMAN
Assistant Attorney General
Attorney for the Plaintiff,
Department of Labor and Industries

LAW OFFICE OF JEAN SCHAEFER

By: */s/ Jean Schaefer*
JEAN SCHAEFER
Attorney for Defendant
Robert W. Duncan

**IT IS SO ORDERED**

Dated:  December 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE